92–2400. State v. Lentz. *Trumbull County*, No. 91–T–4622. On motion for leave to file certification of conflict order instanter. Motion granted.

92–2407. State v. Riley. *Hamilton County*, No. C–900838. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., dissents.

92–2425. State v. Jones. *Cuyahoga County*, No. 59825. On motion for leave to file delayed appeal. Motion granted.
WRIGHT and F.E. SWEENEY, JJ., dissent.

92–2442. State v. Mayle. *Franklin County*, No. 92AP–403. On motion for leave to file delayed appeal. Motion granted.
WRIGHT and F.E. SWEENEY, JJ., dissent.

92–2444. Stinson v. England. *Montgomery County*, No. 13073. On motion for leave to exceed page limit. Motion granted.
WRIGHT and F.E. SWEENEY, JJ., dissent.

## JURISDICTIONAL MOTIONS ALLOWED

92–1734. Mezerkor v. Mezerkor. *Geauga County*, No. 90–G–1560.
F.E. SWEENEY, J., dissents.

92–1755. Saenz v. Indus. Comm. *Lucas County*, No. L–91–251.
F.E. SWEENEY and PFEIFER, JJ., dissent.

92–1763. Mezerkor v. Mezerkor. *Geauga County*, No. 90–G–1560.
DOUGLAS, J., would also consolidate this cause with 92–1734, *supra*.
RESNICK and F.E. SWEENEY, JJ., dissent.

92–1916. State v. Sumlin. *Cuyahoga County*, No. 60596.
A.W. SWEENEY and WRIGHT, JJ., dissent.

92–1947. Dunbar v. Grebler. *Butler County*, No. CA91–12–0209.
A.W. SWEENEY, WRIGHT and RESNICK, JJ., dissent.

92–2018. Streetsboro Edn. Assn. v. Streetsboro City School Dist. Bd. of Edn. *Portage County*, No. 91–P–2327.
A.W. SWEENEY, RESNICK and PFEIFER, JJ., dissent.

92–2043. Naylor v. Cardinal School Dist. Bd. of Edn. *Geauga County*, No. 91–G–1629.
MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.

92–2082. Maxwell v. Tallmadge City School Dist. Bd. of Edn. *Summit County*, No. 15393.
MOYER, C.J., and WRIGHT, J., dissent.
RESNICK, J., not participating.

92–2093. Faber v. Metalweld, Inc. *Cuyahoga County*, No. 60983.
MOYER, C.J., WRIGHT and RESNICK, JJ., dissent.

92–2117. Fletcher v. Fletcher. *Montgomery County*, No. CA 12942.
MOYER, C.J., A.W. SWEENEY and F.E. SWEENEY, JJ., dissent.

## JURISDICTIONAL MOTIONS OVERRULED

92–1685. Ameicua v. Zamarelli. *Trumbull County*, No. 90–T–4515.
DOUGLAS, J., dissents.

92–1701. State v. Jones. *Stark County*, No. CA–8525.

92–1765. State v. Bayer. *Medina County*, No. 2073.
PFEIFER, J., dissents.